## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael D. Karaschak<br>&<br>Stacey D. Karaschak<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 17-20812 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

               Respectfully submitted,

               **/s/ James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               jwarmbrodt@kmllawgroup.com
               Attorney I.D. No. 42524
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               Phone: 215-627-1322
               Fax: 215-627-7734
               Attorney for Movant/Applicant