IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 17-20812-CMB |
| Michael D. Karaschak ) | Chapter 13 |
| Stacey D. Karaschak, ) | Document No.: |
|     Debtors. ) | Related to Document No.: 1 |
| _____ ) | |
| Michael D. Karaschak ) | |
| Stacey D. Karaschak, ) | |
|     Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent. ) | |

## ORDER

AND NOW, to wit, this __20th__ day of __March__, 2017, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Michael D. Karaschak and Stacey D. Karaschak, are hereby granted an extension until __March 31, 2017__ to file a completed Chapter 13 petition and plan in this case. No additional extensions will be requested or granted.

~~FURTHER ORDERED~~:

FILED
3/20/17 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
_____dms

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael D. Karaschak
Stacey D. Karaschak
    Debtors

Case No. 17-20812-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Mar 20, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.
db/jdb       +Michael D. Karaschak,   Stacey D. Karaschak,   424 S. Summit Street,   Derry, PA 15627-1438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         Matthew M. Herron    on behalf of Debtor Michael D. Karaschak mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Matthew M. Herron    on behalf of Joint Debtor Stacey D. Karaschak mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                             TOTAL: 5