IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **17-20812** |
| **Michael D. Karaschak** | : | |
| **Stacey D. Karaschak** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Michael D. Karaschak** | : | |
| **Stacey D. Karaschak** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Matthew M. Herron 88927**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of Debtor's complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**941 Penn Avenue, Suite 101**
**Pittsburgh, PA 15222**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927**
List Bar I.D. and State of Admission

```
Care Credit
POB 960061
Orlando, FL 32896-0061

Comenity Capital
PO Box 182120
Columbus, OH 43218

Excela Medical Group
520 Jefferson Avenue, Suite 400
Latrobe, PA 15650

Fingerhut
PO Box 166
Newark, NJ 07101-0166

First National Bank
6291 US 30
Greensburg, PA 15601

First Premier Bank
P.O. Box 5529
Sioux Falls, SD 57117-5529

FNB Consumer Discount Company
PO Box 1150
Hermitage, PA 16148

JCPenney
PO Box 960090
Orlando, FL 32896-0090

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106

Latrobe Family Health Center
One Mellon Way
Latrobe, PA 15650

Latrobe Hospital
121 W. 2nd Avenue
Latrobe, PA 15650

Merrick Bank
POB 1500
Draper, UT 84020

Merrick Bank Corp.
10705 S Jordan Gtwy, Suite 200
South Jordan, UT 84095-3926
```

```
Nationstar Mortgage
PO Box 619094
Dallas, TX 75261-9741

Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502

Stoneberry
PO Box 2822
Monroe, WI 53566-8022

Verizon Wireless
PO Box 26055
Minneapolis, MN 55426

Verizon Wireless
PO Box 15124
Albany, NY 12212-5124

Webbank/Fingerhut
6250 Ridgewood Rd.
Saint Cloud, MN 56303

Westmoreland Hospital
532 W. Pittsburgh Street
Greensburg, PA 15601
```