## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael D. Karaschak<br>Stacey D. Karaschak<br>　　　　　　　　Debtors | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs. | NO. 17-20812 CMB |
| Michael D. Karaschak<br>Stacey D. Karaschak<br>　　　　　　　　Debtors | 11 U.S.C. Section 362 |
| Ronda J. Winnecour<br>　　　　　　　　Trustee | |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about May 26, 2017

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　Attorney ID# 42524
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　412-430-3594

September 6, 2017