IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Michael D. Karaschak and | ) | CASE. NO.: 17-20812-CMB |
| Stacey D. Karaschak, | ) | CHAPTER 13 |
|     Debtors. | ) | |
| | ) | |
| VINCENT J. QUATRINI, JR., ESQ. and | ) | |
| MATTHEW M. HERRON, ESQ., | ) | |
|     Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents. | ) | |

## CONSENT ORDER OF COURT CHANGING PAYEE AND AUTHORIZING DISTRIBUTION BY CHAPTER 13 TRUSTEE OF ATTORNEY'S FEES

This matter comes before the Court as the parties, Quatrini Rafferty, P.C. and The Debt Doctors, LLC (the "Parties"), have terminated their joint venture, the Debt Doctors at Quatrini Rafferty (the "Joint Venture"). Pursuant to the Parties Settlement Agreement, ending the Joint Venture, Matthew M. Herron, Esq. ("Herron") and the Debt Doctors, LLC ("the Debt Doctors") will remain counsel of record and will continue to be the primary counsel in the above-referenced case. Herron and the Debt Doctors will ensure that the Debtor is represented and that the case will proceed as planned. The Parties respectfully request that the Chapter 13 Trustee distribute all present and future Joint Venture attorney's fees and receivables to the Debt Doctors. It is hereby ORDERED as follows:

(1) The Trustee shall distribute, as soon as practical, all funds on hand for The Debt Doctors at Quatrini Rafferty payable to The Debt Doctors, LLC in the above-referenced case. The fees should be paid to The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232.

(2) All future fee applications, allowed attorney's fees and/or receivables shall be paid to the Debt Doctors, LLC at the address above.

(3) Upon distribution of the attorney's fees for the Debt Doctors at Quatrini Rafferty to The Debt Doctors, LLC, neither the Chapter 13 Trustee nor the above-named estate shall bear any further responsibility for the distribution of the remaining fees between the Parties.

(4) No additional fees will be charged to the estate related to this Order.

FILED
4/12/19 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{W0538410.1 }

*Carlota M. Böhm*    dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Consented to by:

/s/ *Matthew M. Herron*
Matthew M. Herron, Esq.
PA ID No.: 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com

/s/ *Vincent J. Quatrini, Jr.*
Vincent J. Quatrini, Jr., Esq.
PA ID No.: 19908
Quatrini Rafferty, P.C.
550 East Pittsburgh Street
Greensburg, PA 15601
(724) 837-0080
vjq@qrlegal.com

Counsel for the Chapter 13 Trustee:

/s/*Jana S. Pail*
Jana S. Pail, Esq.
PA ID No.: 88910
Attorney for the Chapter13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael D. Karaschak  
Stacey D. Karaschak  
      Debtors

Case No. 17-20812-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Apr 12, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.  
db/jdb          +Michael D. Karaschak,    Stacey D. Karaschak,    424 S. Summit Street,    Derry, PA 15627-1438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:

         Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association et al c/o Rushmore Loan Management Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com  
         James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com  
         Matthew M. Herron    on behalf of Joint Debtor Stacey D. Karaschak mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
         Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
         Matthew M. Herron    on behalf of Debtor Michael D. Karaschak mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                         TOTAL: 8