Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael D. Karaschak** | : | Case No. 17−20812−CMB |
| **Stacey D. Karaschak** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | per doc. #44 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

       *AND NOW,* this ***The 27th of March, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

       (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

       (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

       (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

       (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-20812-CMB
Michael D. Karaschak                                                  Chapter 13
Stacey D. Karaschak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                Page 1 of 2                Date Rcvd: Mar 27, 2020
                              Form ID: 309              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db/jdb         +Michael D. Karaschak,   Stacey D. Karaschak,   424 S. Summit Street,   Derry, PA 15627-1438
aty            +The Debt Doctors, LLC,   607 College Street,   Suite 101,   Pittsburgh, PA  15232,
                UNITED STATES 15232-1700
14393272        Excela Medical Group,   520 Jefferson Avenue, Suite 400,   Latrobe, PA 15650
14393276       +FNB Consumer Discount Company,   PO Box 1150,   Hermitage, PA 16148-0150
14393274       +First National Bank,   6291 US 30,   Greensburg, PA 15601-7597
14393278       +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
                Philadelphia, PA 19106-1538
14393279       +Latrobe Family Health Center,   One Mellon Way,   Latrobe, PA 15650-1197
14393280       +Latrobe Hospital,   121 W. 2nd Avenue,   Latrobe, PA 15650-1068
14655007      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,   Attn: Bankruptcy Dept.,   P.O. Box 619096,
                Dallas, TX 75261-9741)
14374960       +Nationstar Mortgage,   PO Box 619094,   Dallas, TX 75261-9094
14875614       +U.S. Bank National Association et al,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
                Irvine, CA 92619-5004
14393289       +Westmoreland Hospital,   532 W. Pittsburgh Street,   Greensburg, PA 15601-2282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14393270        EDI: RMSC.COM Mar 28 2020 07:23:00      Care Credit,   POB 960061,   Orlando, FL 32896-0061
14393271       +EDI: WFNNB.COM Mar 28 2020 07:23:00      Comenity Capital,   PO Box 182120,
                Columbus, OH 43218-2120
14393273        EDI: BLUESTEM Mar 28 2020 07:23:00      Fingerhut,   PO Box 166,   Newark, NJ 07101-0166
14393275        EDI: AMINFOFP.COM Mar 28 2020 07:23:00      First Premier Bank,   P.O. Box 5529,
                Sioux Falls, SD 57117-5529
14393277        EDI: RMSC.COM Mar 28 2020 07:23:00      JCPenney,   PO Box 960090,   Orlando, FL 32896-0090
14393281       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 28 2020 03:44:03      Merrick Bank,
                POB 1500,   Draper, UT 84020-1500
14393282       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 28 2020 03:43:13      Merrick Bank Corp.,
                10705 S Jordan Gtwy, Suite 200,   South Jordan, UT 84095-3977
14393284        EDI: PRA.COM Mar 28 2020 07:18:00      Portfolio Recovery,   120 Corporate Blvd.,
                Norfolk, VA 23502
14670385        EDI: PRA.COM Mar 28 2020 07:18:00      Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
14376006       +EDI: PRA.COM Mar 28 2020 07:18:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14400511        EDI: Q3G.COM Mar 28 2020 07:18:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                PO Box 788,   Kirkland, WA  98083-0788
14415092       +EDI: CBSMASON Mar 28 2020 07:18:00      Stoneberry,   c/o Creditors Bankruptcy Service,
                P.O. Box 800849,   Dallas, TX 75380-0849
14393285        EDI: CBSMASON Mar 28 2020 07:18:00      Stoneberry,   PO Box 2822,   Monroe, WI 53566-8022
14638497       +EDI: AIS.COM Mar 28 2020 07:18:00      Verizon,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14393287        EDI: VERIZONCOMB.COM Mar 28 2020 07:18:00      Verizon Wireless,   PO Box 15124,
                Albany, NY 12212-5124
14393286       +EDI: VERIZONCOMB.COM Mar 28 2020 07:18:00      Verizon Wireless,   PO Box 26055,
                Minneapolis, MN 55426-0055
14393288       +EDI: BLUESTEM Mar 28 2020 07:23:00      Webbank/Fingerhut,   6250 Ridgewood Rd.,
                Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             NATIONSTAR MORTGAGE LLC
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr             U.S. Bank National Association et al c/o Rushmore
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14393283*     +Nationstar Mortgage,   PO Box 619094,   Dallas, TX 75261-9094
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dsaw                    Page 2 of 2                  Date Rcvd: Mar 27, 2020
                              Form ID: 309                  Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              Danielle   Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Michael D. Karaschak mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Stacey D. Karaschak mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```