**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHAEL D. KARASCHAK <br> STACEY D. KARASCHAK <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:17-20812 <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/03/2017 and confirmed on 05/12/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,970.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,970.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,543.73 | |
| Trustee Fee | 918.60 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,462.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE RMAC TRUST SEI <br> Acct: 7661 | 0.00 | 16,136.17 | 0.00 | 16,136.17 |
| US BANK NA - TRUSTEE RMAC TRUST SEI <br> Acct: 7661 | 7,501.77 | 1,371.50 | 0.00 | 1,371.50 |
| FNB CONSUMER DISCOUNT CO++ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 17,507.67 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL D. KARASCHAK <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THE DEBT DOCTORS AT QUATRINI RAFFEI <br> Acct: | 1,959.93 | 1,959.93 | 0.00 | 0.00 |
| MATTHEW M HERRON ESQ**++ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THE DEBT DOCTORS AT QUATRINI RAFFEI <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | THE DEBT DOCTORS LLC<br>Acct: | 1,650.07 | 583.80 | 0.00 | 0.00 |
| | THE DEBT DOCTORS LLC<br>Acct: | 2,000.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | CARE CREDIT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CARE CREDIT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC - AGENT COMENI<br>Acct: 0015 | 518.77 | 0.00 | 0.00 | 0.00 |
| | EXCELA MEDICAL GROUP++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FINGERHUT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST PREMIER BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LL(<br>Acct: 2101 | 572.44 | 0.00 | 0.00 | 0.00 |
| | LATROBE FAMILY HEALTH CENTER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LATROBE HOSPITAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MERRICK BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MERRICK BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LL(<br>Acct: 4552 | 764.40 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LL(<br>Acct: 6722 | 1,147.29 | 0.00 | 0.00 | 0.00 |
| | PRA AG FUNDING LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | STONEBERRY<br>Acct: 8C2G | 470.63 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP AGENT FOR \<br>Acct: 0001 | 264.38 | 0.00 | 0.00 | 0.00 |
| | VERIZON WIRELESS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | VERIZON WIRELESS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WEBBANK-FINGERHUT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WESTMORELAND HOSPITAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | | |

TOTAL PAID TO CREDITORS                                                                                                    17,507.67

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 7,501.77 |
| UNSECURED | 3.737.91 |

Date: 04/30/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com